UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF VERMONT

U.S. DISTRICT COURT
DISTRICT OF VERMONT
FILED

2026 JUN -8 P 3: 36

CLERK

BY_____

DEPUTY CLERK

DILEONARDO INTERNATIONAL, )
INC., )
)
)
Plaintiff, )        No. 2:26-CV-96
)
v. )
)
)
NEDDE REAL ESTATE, LLC, )
)
Defendant. )

### STIPULATION

The parties, by and through their respective attorneys, hereby stipulate and agree to a stay

of the present proceedings in favor of resolving their respective claims and counterclaims

through binding arbitration, as outlined in the attached Arbitration Agreement. *See* Exhibit 1,

Arbitration Agreement. Defendant Nedde Real Estate hereby withdraws its Partial Motion to

Dismiss to allow the arbitrator to resolve the issues raised in that Motion. The parties

respectfully request that the Court retain jurisdiction, pending the disposition of the arbitration.

Dated at Burlington, Vermont the 5th day of June, 2026.

DILEONARDO INTERNATIONAL, INC.          NEDDE REAL ESTATE, LLC

By: _____          By: _____
David Bond                                  Alexander LaRosa
Law Office of David Bond, PLLC              275 College Street, P.O. Box 4485
2 Church St., Ste 3A                        Burlington, VT 05406-4485
Burlington, VT 05401                        802-861-7000 (ext. 119)
802-540-0434                                Fax: 802-861-7007
dvdbnd727@gmail.com                         ajlarosa@mskvt.com

1

In Re:  DiLeonardo International, Inc. v. Nedde Real Estate, LLC                    Case No. 2:26-CV-96

SO ORDERED.

Dated at Burlington, in the District of Vermont this 8th day of June, 2026.

Geoffrey W. Crawford, U.S. District Judge

## ARIBTRATION AGREEMENT

Whereas, the undersigned parties, DiLeonardo International, Inc. ("DiLeonardo") and Nedde Real Estate, LLC ("Nedde"), are involved in litigation currently pending before the United States District Court for the District of Vermont, captioned, *DiLeonardo International, Inc. v. Nedde Real Estate, LLC*, No. 2:26-CV-96.

Whereas, the parties are desirous of resolving their respective claims and counterclaims in a private and cost-effective mediation and arbitration process rather than through the Courts, the ICC, the AAA, or any other administrative entity.

Therefore, the parties agree as follows:

1. On or before August 1, 2026, the parties will exchange any documents relevant to any of the claims or defenses that have been raised in this matter;

2. The parties will mediate their claims and counterclaims with mediator James Spink (or mutually agreeable alternative), via Zoom, on or before October 1, 2026;

3. The parties will submit their claims and counterclaims to binding arbitration to be held before arbitrator Michael Marks (or mutually agreeable alternative), on or before December 31, 2026.

4. Nedde agrees to withdraw its partial motion to dismiss currently pending before the District Court, and resubmit that claim to the arbitrator for decision.

5. The parties will stipulate to a stay of proceedings in the District Court, pending a final decision by the arbitrator.

## ACKNOWLEDGMENT OF ARBITRATION

I understand that this agreement contains an agreement to arbitrate. After signing this document, I understand that I will not be able to bring a lawsuit concerning any dispute that may arise which is covered by the arbitration agreement, unless it involves a question of constitutional or civil rights. Instead, I agree to submit any such dispute to an impartial arbitrator.

Agreed and Accepted by:

_____
DiLeonardo International, Inc.
By its duly authorized agent

_____
Nedde Real Estate, LLC
By its duly authorized agent

Date: _____

Date: _____